# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HESHAM ISMAIL,              : | |
|     Plaintiff,        : | CIVIL ACTION |
|                                : | No. 20-4801 |
| v.              : | |
|                                : | |
| IHI POWER SERVICES CORP., et al. : | |
|     Defendants.      : | |

## **ORDER**

**AND NOW**, this 21st day of June, 2022, it is **ORDERED** that, pursuant to matters discussed in today's telephone conference, **on or before June 28, 2022** Mr. Brian Doyle must **file under seal** a copy of the April 1, 2022 email received from Plaintiff.

                                                               ___s/ANITA B. BRODY, J.___
                                                               ANITA B. BRODY, J.

COPIES **VIA ECF**