IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HESHAM ISMAIL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| IHI POWER SERVICES CORP. ET AL | : | NO. 20-4801 |

## **CIVIL JUDGMENT**

AND NOW, this 16th day of November 2022, in accordance with the jury's November 15, 2022 answers to the interrogatories on the verdict sheet,

IT IS ORDERED that Judgment is entered in favor of Plaintiff, Hesham Ismail, and against Defendants, IHI Power Services Corp., Michael Petticord, and Kyle Adler, in the amount of $40,000 in compensatory damages. The Court will enter a separate order on back pay.

BY THE COURT:

ATTEST: _____s/Joseph B. Walton_____
*Deputy Clerk*

Civ 1 (4/21)