# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HESHAM ISMAIL,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IHI POWER SERVICES CORP.,<br>MICHAEL PETTICORD, and<br>KYLE ADLER,<br><br>　　　　　　　Defendants. | Civil Action No. 2:20-CV-04801<br><br><br>AFFIDAVIT OF RICHARD S. SWARTZ, ESQUIRE |

## **CERTIFICATION OF RICHARD S. SWARTZ, ESQ.**

　　1.　　I am a principal and founding partner of Swartz Swidler, LLC, and I am making this certification as an officer of the Court and subject to penalties for false swearing.

　　2.　　I graduated from Temple University James E. Beasley School of Law in 1997, and I have practiced law within the greater Philadelphia area, in both state and federal courts, for approximately 25 years.

　　3.　　I am admitted and in good standing with the bars of the Supreme Court of Pennsylvania and New Jersey, the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey, and the Court of Appeals for the Third Circuit.

　　4.　　My practice has focused on employment law. I have litigated employment disputes before federal and state agencies and in federal and state courts. I am familiar with the practice of employment law in the greater Philadelphia area. I have litigated many cases in the area, including in the Eastern District of Pennsylvania.

　　5.　　Since its founding in 2010, Swartz Swidler, LLC has focused on representing plaintiffs in employment disputes. Prior to 2010, I worked for several Philadelphia area law firms that focused on representing defendants in employment disputes, including Blank Rome LLP and Ballard Spahr LLP.

　　6.　　I am familiar with the Law Offices of Eric A. Shore, P.C.

　　7.　　I have also had an opportunity to review the certifications of Kathleen Redpath-Perez, Esq. and Briana Pearson, Esq. which detail the experience and credentials of the lawyers who were involved with handling and trying the above caption matter.

8.  Due to my many years of experience practicing employment law in the Philadelphia region, I am familiar with the prevailing rates for employment attorneys in the region.

9.  I have been made aware of the billing rates the attorneys in this case are seeking. It is my opinion that these rates are reasonable billing rates for the region for attorneys with their expertise and experience.

*s/ Richard S. Swartz, Esq.*
Richard S. Swartz, Esq.

Dated: December 5, 2022