# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

HESHAM ISMAIL, :
    Plaintiff, :
         : CIVIL ACTION
v. : NO. 20-4801
         :
IHI POWER SERVICES CORP.,
et al
    Defendants. :

## ORDER

**AND NOW**, this **25th day** of **May, 2023**, it is **ORDERED** that Plaintiff's Motion for an Award of Reasonable Attorneys' Fees and Costs (ECF No. 67) is resolved as follows:

1. Defendant is ordered to pay attorneys' fees in the amount of **$234,733.03**

   and

2. Defendant is ordered to pay expenses in the amount of **$5,366.89.**

                                             **S/Anita B. Brody**
                                             ANITA B. BRODY, J.

Copies **VIA ECF**