Honorable Anita B. Brody
7613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: Ismail v IHI Power civil action NO. 20-4801**

Dear Judge Brody,

On July 6th, the defense filed a "reply brief in support of motion to deposit funds...". In that brief, they state that they should not use W9 because a W4 is for employees and W9 is for non-employees and since I used to be an employee, they should use a W4. However, in 2023, when they are issuing this check, I am a NON-EMPLOYEE making the W9 the appropriate form. The W4 stopped being valid in 2019 when I stopped being an employee. Furthermore, you cannot use an outdated tax document showing me living in a different state and pay taxes to that wrong state. They are sending the checks addressed to my NJ address while paying taxes to a PA address. This is tax fraud and a criminal act. This reply brief proves the willfully dishonest nature of the defense counsel. By approving the defense counsel's existing payment method of using incorrect federal tax documents and paying taxes to incorrect states, the court would be literally approving criminal acts of tax fraud. The defense further argues that I should pay taxes. I agree! Pay out the $150K award correctly based on the legally valid W9 and charge the appropriate taxes. Since the W9 legally allows me to receive the award in my name (W9 clearly shows my name and current NJ address) through any legal entity of my choosing, by naming a humanitarian charity (UN World Food Program) to receive the award, it should be taxed appropriately based on that charity's tax liability.

Respectfully submitted,

*Hesham Ismail*

Hesham Ismail
07/07/2023

cc:
Kimberly Logue (Sweeney & Sheehan-Defense Counsel) (via email)
Elizabeth Dalberth (Sweeney & Sheehan-Defense Counsel) (via email)
Kylie Fong (Eric Shore Law firm-Plaintiff former counsel) (via email)




SOUTH JERSEY NJ 080
7 JUL 2023 PM 6 L

RECEIVED
JUL 10 2023

Hesham Ismail
19 15th Street
Burlington, NJ 08016

U.S.M.S.
U.S. X-RAY

Office of the Clerk
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

19106-172699